IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOBSON MILLS APARTMENTS,** **L.P. et al** | : : : |
| v. | : CIVIL ACTION NO. 21-cv-273 |
| **CITY OF PHILADELPHIA et al** | : : : |

**ORDER**

This 23rd day of February, 2022, it is hereby **ORDERED** that the Associated Builders and Contractors Eastern Pennsylvania Chapter Inc.'s Motion for Leave to file an *Amicus Curiae* Brief (ECF 45) is **DENIED** for the reasons set forth in the accompanying memorandum.

/s/ Gerald Austin McHugh
United States District Judge