## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOBSON MILLS** *et al.* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-273 |
| | : | |
| **CITY OF PHILADELPHIA** *et. al.* | : | |

### ORDER

This 22nd day of September, 2022, for the reasons set forth in the accompanying memorandum. it is hereby **ORDERED** that Defendant City of Philadelphia and Defendant Philadelphia Building and Construction Trade Council's Renewed Motion to Dismiss the Second Amended Complaint (ECF 33) is **GRANTED** and Plaintiffs' Second Amended Complaint is **DISMISSED.**

By virtue of this dismissal, it is **FURTHER ORDERED** that Defendants' Motion for Judgment on the Pleadings (ECF 33), Plaintiffs' Motion for Summary Judgment (ECF 37), and Defendants' Cross-Motion for Summary Judgment (ECF 41) are **DENIED** as moot.

/s/ Gerald Austin McHugh
United States District Judge